# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 27, 2023

Mr. Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, L.L.P.
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

Mr. Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street
Ross Tower
Suite 3800
Dallas, TX 75201-6659

    No. 23-90013    NexPoint Advisors v. Highland Capital
                         USDC No. 19-34054

Dear Mr. Pomerantz, Mr. Rukavina,

**Bankruptcy Creditor Disclosure Requirements**
The parties are directed within fourteen (14) days from the date of this notice to submit a Bankruptcy Creditor Disclosure. You are required to disclose the identity of: (1) the debtor; (2) the members of the creditor's committee; (3) any entity that is an active participant in the proceeding before the Fifth Circuit; (4) any other entity known to the declarant whose stock or equity value could be substantially affected by the outcome of the proceeding; and (5) counsel to the parties/entities identified in (1)-(4). Please submit this disclosure electronically using the "Creditor Disclosure Statement" event.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        *Lisa E. Ferrara*
                                      By: _____
                                        Lisa E. Ferrara, Deputy Clerk
                                        504-310-7675

cc: