**CASE NO. 23-90013**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

**NEXPOINT ADVISORS, L.P. and**

**HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.,**

APPELLANTS

v.

**HIGHLAND CAPITAL MANAGEMENT, L.P.**

APPELLEE

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
BANKRUPTCY CASE NO. 19-34054 (SGJ11)

APPEAL PENDING AS CIVIL ACTION NO. 3:23-CV-00573 IN THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

**CREDITOR DISCLOSURE STATEMENT**

MUNSCH HARDT KOPF & HARR, P.C.

Davor Rukavina
Texas Bar No. 24030781
500 North Akard Street
Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: drukavina@munsch.com

ATTORNEYS FOR THE APPELLANTS

i

NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. n/k/a NexPoint Asset Management, L.P., the petitions/appellants herein, hereby respond to the Clerk's directive of April 27, 2023 as follows:

1. <u>The Debtor:</u>

    Highland Capital Management, L.P.

    Represented by:

    PACHULSKI STANG ZIEHL & JONES LLP
    Jeffrey N. Pomerantz
    John A. Morris
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067
    Telephone: (310) 277-6910
    Facsimile: (310) 201-0760

    -- and –

    HAYWARD PLLC
    Melissa S. Hayward
    10501 N. Central Expy, Ste. 106
    Dallas, Texas 75231
    Tel: (972) 755-7100
    Facsimile: (972) 755-7110

2. <u>Creditor Committee Members:</u>

    None (Official Committee of Unsecured Creditors has been dissolved)

    Former Members:

    Redeemer Committee of Highland Crusader Fund
    Meta-e Discovery
    UBS Securities LLC and UBS AG London Branch
    Acis Capital Management, L.P.

    Acis Capital Management GP, LLP

        Formerly Represented By:

        SIDLEY AUSTIN LLP
        Penny P. Reid
        Paige Holden Montgomery
        Juliana L. Hoffman
        2021 McKinney Avenue
        Suite 2000
        Dallas, Texas 74201
        Telephone: (214) 981-3300
        Facsimile: (214) 981-3400

        Matthew A. Clemente
        Dennis M. Twomey
        Alyssa Russell
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036

3. <u>Any Entity That Is An Active Participant In the Proceeding</u>:

    None (other than appellants and debtor)

4. <u>Any Other Entity Known to the Declarant Whose Stock or Equity Value Could Be Substantially Affected by the Outcome of this Proceeding:</u>

    None

RESPECTFULLY SUBMITTED this 9th day of May, 2023.

        **MUNSCH HARDT KOPF & HARR, P.C.**

By:  /s/ Davor Rukavina
     Davor Rukavina, Esq.
     Texas Bar No. 24030781
     500 North Akard Street, Suite 3800
     Dallas, Texas 75201-6659
     Telephone: (214) 855-7500
     Facsimile: (214) 855-7584
     Email: drukavina@munsch.com

        **ATTORNEYS FOR THE APPELLANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 9th day of May, 2023, a true and correct copy of this document was electronically served by the Court's ECF system on counsel for the appellee/respondent:

Jeffrey Pomerantz (jpomerantz@pszjlaw.com)

      /s/ Davor Rukavina
      Davor Rukavina, Esq.