No. 23-90013

# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

In the Matter of Highland Capital Management, L.P.,
Debtor.

**NEXPOINT ADVISORS, L.P. and
HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.,**

**Petitioners**

**v.**

**HIGHLAND CAPITAL MANAGEMENT, L.P.,**

**Respondent**

On Appeal from the United States Bankruptcy Court
for the Northern District of Texas, Dallas Division
Bankruptcy Case No. 19-34054-sgj11

Appeal Pending in the United States District Court
for the Northern District of Texas, Dallas Division
Case No. 3:23-cv-00573-E

### RESPONDENT'S BANKRUPTCY
### CREDITOR DISCLOSURE STATEMENT

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
John A. Morris
Gregory V. Demo
Hayley R. Winograd
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
(310) 277-6910

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
(972) 755-7100

*Counsel for Respondent*

**BANKRUPTCY CREDITOR DISCLOSURE STATEMENT**

Respondent submits the following information:

1. **The Debtor:**

    Highland Capital Management, L.P.

2. **The members of the creditors' committee:**

    N/A (creditors' committee dissolved as of Effective Date of Plan)

3. **Any entity that is an active participant in the proceeding before the Fifth Circuit:**

    Petitioners NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P.

    Respondent Highland Capital Management, L.P.

4. **Any other entity known to the Declarant whose stock or equity value could be substantially affected by the outcome of the proceeding:**

    None

5. **Counsel to the parties/entities identified in (1) – (4):**

    **Petitioners NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P.:**

    MUNCH HARDT KOPF & HARR, P.C.
    Davor Rukavina
    500 North Akard Street, Suite 3800
    Dallas, TX 75201-6659
    Tel: (214) 855-7500

**Respondent (Debtor) Highland Capital Management, L.P.:**

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

-and-

John A. Morris
Gregory V. Demo
Hayley R. Winograd
780 Third Avenue, 34th Floor
New York NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

                                                          */s/ Zachery Z. Annable*
                                                          Zachery Z. Annable

Date:  May 16, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Email: jpomerantz@pszjlaw.com
  jmorris@pszjlaw.com
  gdemo@pszjlaw.com
  hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100

*Counsel for Respondent*

## **CERTIFICATE OF SERVICE**

I certify that, on May 16, 2023, the foregoing disclosure statement was electronically filed using the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

*/s/ Zachery Z. Annable*
Zachery Z. Annable
